IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Joy Simmons

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Brighthouse Financial Inc

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
        *(check one)*

RCVD – USDC COLA SC
MAY 22 '26 PM 4:18

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joy Simmons |
| Street Address | 204 Barony Place Dr |
| City and County | Columbia, SC 29229 Richland |
| State and Zip Code | South Carolina 29229 |
| Telephone Number | (704) 307-0567 |

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name    Brighthouse Financial Inc

Job or Title
(if known)

Street Address    11225 North Community House Rd

City and County    Charlotte

State and Zip Code    North Carolina    28277

Telephone Number

Defendant No. 2

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 4

Name

Job or Title
(if known)

2

|                   |   |
|-------------------|---|
| Street Address    |   |
| City and County   |   |
| State and Zip Code|   |
| Telephone Number  |   |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Brighthouse Financial Inc |
| Street Address | 11225 North Community House Rd |
| City and County | Charlotte |
| State and Zip Code | North Carolina 28277 |
| Telephone Number | |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other      federal      law      *(specify      the      federal      law)*:

3

☐     Relevant     state     law     *(specify,     if     known)*:

---

☐     Relevant     city     or     county     law     *(specify,     if     known)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

       ☐     Failure to hire me.
       ☑     Termination of my employment.
       ☐     Failure to promote me.
       ☐     Failure to accommodate my disability.
       ☑     Unequal terms and conditions of my employment.
       ☑     Retaliation.
       ☐     Other acts *(specify)*: _____

       *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s) *around May 16th 20 through Sept 3, 2025*

C.     I believe that defendant(s) *(check one)*:

       ☐     is/are still committing these acts against me.
       ☑     is/are not still committing these acts against me.

4

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑   race ___Black___

☐   color_____

☐   gender/sex _____

☐   religion _____

☐   national origin _____

☐   age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐   disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows.  Attach additional pages if needed.

___Refer to factual allegations page (I.1-9)___

_____

_____

_____

_____

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

___Feb 19, 2026___

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

___Feb 23rd, 2026___.

5

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Refer to attached document III. Remedy / Prayer for Relief:

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 22, 2026_

Signature of Plaintiff _Joy W_

Printed Name of Plaintiff _Joy V Simmons_

**B.**     **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| Telephone Number | |
| E-mail Address | |

7

I, Joy Simmons, am filing this statement of claim against Brighthouse Financial, Inc and allege as follows:

## I.    Factual Allegations

1. I, Joy Simmons, an individual of black race was hired by Brighthouse Financial from Feb 2019 until Feb 2022, (as a contractor) and from Feb 2022 until Sept 3rd, 2025. (as a full-time employee).

2. Throughout my employment, I consistently performed my job duties satisfactorily and met or exceeded all performance expectations pertaining to my job roles and descriptions.

3. Beginning about April 2024 through to September 2025, I began experiencing a pattern of discriminatory behavior, including but not limited to harassment creating a hostile work environment, unfair workload, abuse of process with disciplinary actions, retaliation, and termination.

4. On April 1st, 2025, I returned from 5 months of maternity leave to the same team and manager but a completely different role. No job description or official Brighthouse training was provided to me prior to being written up on a coaching document around May 16th. The inconsistencies in my work mirrored that of my non-black team members, who were not reprimanded at all or in the same capacity as I.

5. About August 2024, I reached out to a technology HR liaison for support in navigating the transition to a new team and a new boss. I reached out several times depicting unfair treatment and a hostile work environment. Brighthouse Financial, Inc failed to report, investigate or take corrective action which is outlined in their Human Resources training module/video for the company. The HR liaison only provided an email to the official HR Support about June or July 2025.

6. On July 23, 2025, I reached out to the official HR Department by email about feeling harassed or bullied and the defendant's findings were inconclusive based on the testimony of other non-black team members despite evidence provide by the plaintiff.

7. On September 3rd, 2025, I was terminated from my position. The defendant stated the termination was due to poor work performance, but my initial project finished on time, while also working on other projects simultaneously. During my time back from maternity leave, I also brought to the company's attention the lack of SAP applications missing from Jira and worked with change management and SAP leads to get these apps updated and added for better work efficiency with

documentation, resource alignment and clarity on dependencies within SAP application.

8. The afternoon of my termination, two senior directors who worked alongside me on projects at Brighthouse Financial, contacted me in disgrace of my termination and praised the work I performed.  They confirmed that allegedly the same harassing behaviors from my manager at Brighthouse Financial Inc were aligned towards other workers terminated previously by the same manager.

9. The termination and prior hostile treatment were motivated by discriminatory animus based on my black race and in retaliation for reporting a hostile work environment and harassing behaviors.

## II. CAUSE OF ACTION

### (Count I – Employment Discrimination based on race)

10. Plaintiff realleges paragraphs 1 through 10 as if fully set forth herein.

11. Defendant discriminated against Plaintiff regarding the terms, conditions, and privileges of employment because of Plaintiff's [protected class].

12. As a direct and proximate result of Defendant's intentional discrimination, Plaintiff has suffered and continues to suffer financial loss, emotional distress, and loss of professional opportunities.

### (Count II – Unlawful Retaliation)

13. Plaintiff realleges paragraphs 1 through 9 as if fully set forth herein.

14. Plaintiff engaged in a protected activity by reporting harassing behaviors to Human Resources.

15. Defendant took adverse employment action by terminating Plaintiff in direct retaliation for making that report.

### III. REMEDY / PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in their favor and against the Defendant, awarding the following relief:

- **Back Pay:** Compensation for lost wages and benefits from the date of termination to the date of judgment.

- **Front Pay:** Compensation for future lost earnings.

- **Compensatory Damages:** Monetary damages for emotional distress, mental anguish, inability to find comparable employment and loss of enjoyment of life and newborn twins.

- **Punitive Damages:** To punish the Defendant for its willful and malicious conduct and deter future discrimination.

- **Legal Fees:** Awarding comparable legal fees and the overall costs of this lawsuit as I have taken on the role of my own legal representation.

- **Other Relief:** Any such further relief as this Court deems just and proper.

Dated this ___22nd__ day of ____May_____, 2026.

Respectfully submitted,

Joy Simmons
204 Barony Place Columbia, SC 29229
(704)307-0567 / Joy.simmons@outlook.com